# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| GABRIEL GONZÁLEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-03044 |
| JBS LIVE PORK, LLC; JBS USA, LLC; and SWIFT PORK COMPANY, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE
## CERTAIN EXHIBITS TO PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT
## UNDER SEAL

Now comes Plaintiff, Gabriel Gonzalez, Pursuant to Local Rule 5.10, the Protective Order ("Order") (Doc. #29) entered in this case, and this Court's Order of September 24, 2019, and files this motion for leave to file certain exhibits to Plaintiff's Motion for Summary Judgment under seal.

1. On March 18, 2019, this Court entered a Protective Order, which requires that when the parties file documents containing information designated as "confidential," which the court must consider as evidence, the parties "shall file a motion for leave to file under seal pursuant to L.R. 5.10(2)."

2. On September 20, Mr. Gonzalez filed a motion seeking leave to file his entire motion for summary judgment under seal, and filed the same as a "sealed document."

3. On September 24, 2019, this Court denied Mr. Gonzalez's motion on the grounds that he had not identified good cause to seal the entire motion for summary judgment and all the attachments, noting that Mr. Gonzalez's assertion that "medical

1

evaluation and treatment information is confidential . . . does not warrant sealing the entire motion and all of the attachments."

4.      This Court further ordered that "the Motion for Summary Judgment and attachments . . . be unsealed in 10 days unless, prior to that date, Plaintiff files a motion that establishes the requisite good cause."

5.      Pursuant to this Order, Mr. Gonzalez files this Motion seeking leave to seal only certain exhibits filed with his Motion for Summary Judgment, those which constitute detailed medical evaluation and treatment information, designated as confidential pursuant to the March 18, 2019 Protective Order. *See* Order, ¶ 2(d). In particular, Mr. Gonzalez asks this Court to keep the following Exhibits under seal:

- Exhs. E-F, consisting of medical records dated March 3 and 7 2016, respectively;
- Exhs. J-O, consisting of medical records dated March 14, 18, 21, 23, 25, and 28-29, 2016, respectively.

6.      Mr. Gonzalez limits this Motion to these exhibits, with the understanding that his Motion for Summary Judgment and the Exhibits not referred to above (Exhs. A-D, G, I, and P-Q) will be unsealed.

7.      The exhibits Mr. Gonzalez does not seek leave to seal in this Motion have already been redacted pursuant to Federal Rule of Civil Procedure 5.2(a).

2

WHEREFORE, Mr. Gonzalez prays that this Court grant this Motion for filing under seal.

Date: September 26, 2019.

/s/ Miriam Hallbauer
Miriam Hallbauer
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL  60603
Phone: 312-229-6360
mhallbauer@legalaidchicago.com

ATTORNEY FOR PLAINTIFF GABRIEL GONZALEZ

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that she filed the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system which will send notification to the following attorneys:

Ruth A. Horvatich
Aaron A. Clark
McGrath North Mullin & Kratz
1601 Dodge Street, First National Tower Suite 3700
Omaha, NE  68102
rhorvatich@mcgrathnorth.com
aclark@mcgrathnorth.com

Lance T. Jones
HeplerBroom, LLC
4340 Acer Grove Drive, Suite A
Springfield, IL  62711
(212) 528-3674
Lance.jones@heplerbroom.com


Dated: September 26, 2019                    Respectfully submitted,

                                                            /s/ Miriam Hallbauer

                                                            Attorney for Plaintiff
                                                            Miriam Hallbauer
                                                            Legal Aid Chicago
                                                           120 South LaSalle Street, Suite 900
                                                           Chicago, IL  60603
                                                           312-229-6360
                                                           mhallbauer@legalaidchicago.org