IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GABRIEL GONZALEZ, | ) |
| | )     CASE NO.  3:18-CV-03044 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     **JOINT MOTION FOR EXTENSION OF TIME** |
| JBS LIVE PORK, LLC; JBS USA, LLC; and SWIFT PORK COMPANY, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, the parties jointly move for a week extension on the remaining briefing deadlines relating to the parties' Motions for Summary Judgment. In support of this Motion, the parties state the following:

1.    Both parties filed Motions for Summary Judgment and supporting documents on September 20, 2019. Pursuant to Local Rule 7.1(D)(2) and (3), the parties' Responses to the opposing party's Motion for Summary Judgment are due October 11, 2019 and their Replies in Support of their Motions for Summary Judgment are due on October 25, 2019.

2.    The parties are requesting that the deadlines for their Responses and Replies relating to their Motions for Summary Judgment be extended by one week, so that the Responses are due on October 18, 2019 and their Replies are due on November 1, 2019.

WHEREFORE, the parties respectfully request the Court to grant their Joint Motion to extend the Responses to Motions for Summary Judgment deadline to October 18, 2019 and the Replies in Support of Motions for Summary Judgment to November 1, 2019.

Dated this 9th day of October, 2019.

| | |
|---|---|
| /s/ Miriam Veronica Hallbauer | /s/ Ruth A. Horvatich |
| Miriam Veronica Hallbauer | Aaron A. Clark, #20045 |
| Carlos F. Cisneros-Vilchis | Ruth A. Horvatich, #24776 |
| Legal Aid Chicago | McGrath North Mullin & Kratz, PC LLO |
| 120 South LaSalle Street, Suite 900 | First National Tower, Suite 3700 |
| Chicago, IL 60603 | 1601 Dodge Street |
| Phone: 312-229-6363 | Omaha, NE 68102 |
| Fax: 312-612-1563 | Phone: 402-341-3070 |
| mhallbauer@lafchicago.com | Fax: 402-341-0216 |
| ccisnerosvilchis@legalaidchicago.org. | aclark@mcgrathnorth.com |
| | rhorvatich@mcgrathnorth.com |
| ATTORNEYS FOR PLAINTIFF GABRIEL GONZALEZ | and |
| | Lance T. Jones |
| | HeplerBroom, LLC |
| | 4340 Acer Grove Drive, Suite A |
| | Springfield, IL 62711 |
| | (212) 528-3674 |
| | Lance.jones@heplerbroom.com |
| | ATTORNEYS FOR DEFENDANTS JBS LIVE PORK, LLC, JBS USA, LLC, and SWIFT PORK COMPANY |

## CERTIFICATE OF SERVICE

The undersigned Hereby certifies that on the 9th day of October, 2019, the above and foregoing **Joint Motion for Extension of Time** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Miriam Veronica Hallbauer
Carlos F. Cisneros-Vilchis
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL 60603

/s/ Ruth A. Horvatich
Ruth A. Horvatich